**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5363

September 2, 2008

**Adrienne Dell**
5267 Elrose Avenue,
San Jose, CA 95124

SUBJECT:　　Request for Payment of Docket Fee

　　　　**Title: USA -v- James Hannigan**
　　　　**Case Number: CR-08-90442-MISC-RMW**
　　　　Court of Appeals Number:

A CR Misc was filed with this Court on Sept 2, 2008 and the docketing fee of $39.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk


　　　　　　　　　　　　　　　by:　_Cita F. Escolano_
　　　　　　　　　　　　　　　　　　Case Systems Administrator

cc: RMW